UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TOREY GANT,

        Plaintiff,

    v.                                      Case No. 24-cv-1603-BBC

ANDRE RUFFIN,

        Defendant.

**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
WITHOUT PREJUDICE**

Plaintiff Torey Gant, who is representing himself, is proceeding on a Fourth Amendment claim in connection with allegations that Defendant Andre Ruffin initiated an unnecessary and gratuitous strip-search without justification at the Milwaukee County Jail on or around October 21, 2024. Dkt. No. 19. Discovery closes November 24, 2025; and dispositive motions are due December 23, 2025. Dkt. No. 31.

On August 19, 2025, Defendant Ruffin filed a one-page *pro se* motion for summary judgment asserting that, "The plaintiff has not shown any evidence of any violation of law pertaining to the transport of fugitives from Justice…" Dkt. No. 32. The Civil Local Rules require that a motion for summary judgment include at a minimum: (1) a memorandum of law in support of the motion for summary judgment; and (2) proposed findings of facts with citation to evidence. *See* Civ. L. R. 56(b) (E.D. Wis.). The Civil Local Rules apply to all parties, including *pro se* Defendants, and a copy of the Court's *pro se* guide was sent to Defendant Ruffin on June 6, 2025. Because Defendant's motion for summary judgment does not comply with the Civil Local Rules, the Court will deny the motion without prejudice. *See* Civ. L. R. 56(b)(1)(C)(iii)("[F]ailure to

submit such a statement [of proposed material facts] constitutes grounds for denial of the motion."). Defendant Ruffin may refile the motion any time before December 23, 2025, provided the motion is consistent with the requirements of Civil Local Rule 56.

IT IS THEREFORE ORDERED that Defendant's motion for summary judgment (Dkt. No. 32) is **DENIED without prejudice**.

Dated at Green Bay, Wisconsin on August 25, 2025.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge